(115 So. 155)

## STOUGH v. NEW YORK LIFE INS. CO.
### (3 Div. 817.)

Supreme Court of Alabama. Jan. 19, 1928.

**Appeal and error ☞356—Appeal, not taken within 30 days from rendition of decree overruling demurrer to bill, must be dismissed (Code 1923, § 6079).**

Appeal from decree overruling defendant's demurrer to bill in equity must be dismissed, where it is not taken within 30 days from its rendition, as required by Code 1923, § 6079.

Appeal from Circuit Court, Montgomery County; Walter B. Jones, Judge.

Bill in equity by the New York Life Insurance Company against Thomas J. Stough. From a decree overruling a demurrer to the bill respondent appeals. Appeal dismissed.

Arthur B. Chilton, of Montgomery, for appellant.

Steiner, Crum & Weil, of Montgomery, for appellee.

In view of the decision, it is not necessary that briefs be here set out.

PER CURIAM. The appeal is from a decree overruling defendant's demurrer to the bill. The decree was rendered and filed June 24, 1927, and the appeal taken August 1, 1927, as shown by security for costs that day filed and approved, and also as appears from the certificate of the register. The appeal was not taken within 30 days from the rendition of the decree, as required by section 6079 of the Code of 1923, and must be dismissed. The question is a jurisdictional one, as settled by numerous decisions of this court. Boshell v. Phillips, 207 Ala. 628, 93 So. 576; Snider v. Funderburk, 209 Ala. 663, 96 So. 928.

Appeal dismissed.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.